# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00270-CV

---

**In re Kourtney Voigt**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator has filed a voluntary dismissal of their petition for writ of mandamus, informing the Court that the parties have agreed to a joint binding stipulation and that real party in interest agrees with the dismissal. Accordingly, we grant the motion for voluntary dismissal, dissolve our temporary stay, and dismiss as moot the petition for writ of mandamus.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed: May 24, 2024